IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JARROD LOGAN DANIELS                                                    PLAINTIFF

    v.                    Civil No.   1:15-cv-01032

DAVID NORWOOD; NATHAN
GREELEY; JUSTIN CREECH;
and TERRI WEST                                                          DEFENDANTS


**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Jarrod Logan Daniels, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

With his complaint, the Plaintiff submitted an application to proceed *in forma pauperis* (IFP)(ECF No. 2). The application did not contain the certificate regarding his prison account statement and was therefore incomplete. An order (ECF No. 3) was entered giving the Plaintiff until June 2, 2015, to submit a completed IFP application, including the certificate, or pay the $400 filing fee. Plaintiff was advised that failure to do so would make the case subject to summary dismissal. Plaintiff did not submit the IFP application or pay the fee.

On June 4, 2015, a show cause order (ECF No. 5) was entered. Plaintiff was given until June 22, 2015, to show cause why the cause should not be dismissed based on his failure to comply with the order of the Court. He was advised that failure to respond to the show cause order would make the case subject to dismissal.

To date, Plaintiff has not responded to the show cause order. He has not submitted a

complete IFP application or paid the filing fee. Plaintiff has not communicated with the Court in any way. No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed without prejudice based on the Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of July 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE