IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JARROD LOGAN DANIELS                                                                    PLAINTIFF

V.                                       CASE NO. 15-CV-1032

DAVID NORWOOD, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 29, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that this case be dismissed without prejudice based on Plaintiff's failure to obey the orders of the Court and failure to prosecute this action. *See* Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge